UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 07/07 WDNY

*FILED OCT 28 2013 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY*

SUSAN KONDEK

Name(s) of Plaintiff or Plaintiffs

Jury Trial Demanded: Yes____ No __X__

-vs-

COUNSELING SERVICES
SUNY AT BUFFALO

Name of Defendant or Defendants

**DISCRIMINATION COMPLAINT**
____-CV-____

**13 CV 1077 - S**

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision**, AND a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
    **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

__✓__ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_____   New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1. My address is: _330 TAUNTON PLACE_
   _BUFFALO, NY 14216_

   My telephone number is: _716-838-2509_

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: _COUNSELING SERVICES AT SUNY AT BUFFALO_

   Number of employees: _DEPT - APRX 50 ; EEOC LISTED UNIVERSITY AND CLASSIFIED AS "OVER 500"_

   Address: _120 RICHMOND QUAD (MAIN ADDRESS)_
   _AMHERST, NY 14261_

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____

   Address: _____

## CLAIMS

4. I was first employed by the defendant on (date): _JUNE 26, 2008_

2

OF SAMPLE MEMO TO EEOC

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: 8/4  4/4/13 DATE CONTINUAL HOSTILITY FROM START; WORSENING AFTER DECEMBER 17, 2010

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): MOST RECENTLY HARASSED "9/19/13"; (WITHIN ORIGINAL FILING PERIOD & MORE SERIOUS) - 9/11/12 - QUESTIONING FMLA; 11/5/12 - NOTICE OF DISCIPLINE - ALBANY DID NOT GRANT (BY 9/29/13) SITUATIONS REVISITED SO I CAN BE BLAMED IN DIFFERENT VENUES (e.g. A COUNSELING MEMO) OVERTURNED 5/13/13 - RAISES DENIED BEYOND TIME STILL

7. I believe that the defendant(s)

   a. ✓   Are still committing these acts against me.
   b. ___  Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above) The last discriminatory act against me occurred on (date) _____

   _____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

   The date when I filed a complaint with the New York State Division of Human Rights is

   _____
   _ (estimate the date, if necessary)

   I filed that complaint in (identify the city and state): _____
   _____

   The Complaint Number was: _____

9. The New York State Human Rights Commission did _____/did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: 5/23/13 (SIGNED 5/16 & WAITED FOR APNT) HAD INSTRUCTIONS SINCE FEBRUARY, 2013 FROM EEOC TOLL FREE, TOLD IF ONGOING SITUATION - PREVIOUS COMPLAINTS COULD BE USED)

11. The Equal Employment Opportunity Commission did _____/did not ✓ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: 8/1/13 (DATED 7/30/13) mailed. (**NOTE:** If it

3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

    a. ✓ Failure to provide me with reasonable accommodations to the application process

    b. _____ Failure to employ me

    c. _____ Termination of my employment

    d. ✓ Failure to promote me (bad given reputation - APRX 20 INTERVIEWS WITHIN UB) CURRENTLY ON 2 NEW PROMOTIONALS W/ 90 & 95 AS GRADES;

    e. ✓ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job  TRANSFERS NOT GIVEN AT INTERVIEW EITHER YUMMY REQUEST AS FORMER EMPLOYEE REC'D

    f. _____ Harassment on the basis of my sex

    g. _____ Harassment on the basis of unequal terms and conditions of my employment

    h. ✓ Retaliation because I complained about discrimination or harassment directed toward me

    i. _____ Retaliation because I complained about discrimination or harassment directed toward others

    j. ✓ Other actions (please describe) BULLYING, HOSTILE WORK ENVIRONMENT

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

    a. _____ Race               f. _____ Sexual Harassment

    b. _____ Color              g. _____ Age
                                _____ Date of birth

    c. _____ Sex
                                h. ✓ Disability
    d. _____ Religion           Are you incorrectly perceived as being
                                disabled by your employer?  PASSED PHYSICAL &
    e. _____ National Origin    _____ yes ✓ no    MENTAL EXAM THEY FORCED ME TO TAKE 5/31/13
                                                  (STATE APNT'D DOCTORS)

15. I believe that I was ✓ /was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are __✓__ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission (check one):
    _____ **has not** issued a Right to sue letter
    __✓__ **has** issued a Right to sue letter, which I received on __8/1/13__

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)* I AM SEEKING RELIEF FROM A HOSTILE ENVIRONMENT WHICH CONTINUES TO VIOLATE RELIEF FOR ME AT THE FRONT DESK NEEDED BECAUSE OF MEDICATION I AM TAKING FOR DEPRESSION, WHICH AS DISCOVERED BY STATE DOCTORS AND THE LABOR DEPARTMENT'S FMLA, THE UNIV. TRIED TO REMOVE ME FROM MY POSITION BECAUSE "INTERMITTENT" LEAVE WAS TOO DIFFICULT TO SCHEDULE AROUND; AND, WHICH HAS RUINED MY REPUTATION FOR TRANSFER AND/OR PROMOTIONAL LISTS AT THE UNIVERSITY BY ACCUSATIONS WHICH ARE TOTALLY UNTRUE, EMBELLISHED, OR FOR WHICH I HAD NO OTHER RECOURSE — BEING ALONE AND MONITORING A DESK — YET EXPECTED TO DETAIN A LEAVING CLIENT WHO MAY BE BELLIGERANT (THEY ARE NOT TO BE HANDLED). THIS INCLUDES OPERATIONS ON THE COMPUTER, WHICH UPPER MANAGEMENT DOES NOT UNDERSTAND WILL NOT BE SALVAGEABLE IF A CLIENT BACKS OUT OF OPERATION. IN RESPECTFULLY ASKING THAT I BE QUESTIONED BEFORE BEING WRITTEN UP, I ALSO DISCLOSED THE MEDICAL ISSUE FOR WHICH I HAVE BEEN GRANTED FMLA STATUS LAST YEAR AND THIS. THE DOL HAS MADE THE DEPARTMENT ATTEND A SEMINAR ON FMLA. NEITHER ISSUE SEEMS TO BE TAKEN SERIOUSLY. THIS EXTENDS TO MY BEING DENIED THE LAST TWO RAISES AND A $1,500.00 STIPEND FOR 5-YR SERVICE. THIS IS WHILE I AWAIT LEVEL 2 HEARINGS DEALING WITH HOSTILE ENVIRONMENT AND COUNSELING MEMOS, THE LATTER OF WHICH WERE PUT INTO A DISCIPLINARY FOR WHICH ALBANY ALREADY OVERTURNED COUNSELING SERVICES' REQUEST FOR 2 WEEKS OF MY PAY.

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed   _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on __8/23/12__

5

22. The date on which I first asked my employer for reasonable accommodation of my disability is  8/23/12 MEMO;  4/8/13 ADA OFFICE

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: WERE; SOME STUDENT ASSISTANT; PERMISSION TO LEAVE THE DESK IF ONLY FOR A FEW MINUTES (SIGN w/ ALTERNATE OFFICE'S PHONE NUMBER IS POSTED.) SINCE LAST SEMESTER - NO ASSISTANCE. I HAVE BEEN INAPPROPRIATELY ASKED WHY I LEFT MY DESK ALTHOUGH BETWEEN DEADLINE FOR NEW CLIENT AND CHECK IN TIME FOR ESTABLISHED CLIENTS AS LATE AS 9/19/13.

24. The reasonable accommodation provided to me by my employer were ____ /were not ✓ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees, SWEARING TO THE ABOVE UNDER PENALTY OF PERJURY

Dated: 10/28/2013                    *Susan Koalok* (signature)

                                    Plaintiff's Signature

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 846-2013-18684 |

New York State Division Of Human Rights                and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Ms. Susan Kondek
**Home Phone** (Incl. Area Code): (716) 838-2509
**Date of Birth**: 12-14-1954

**Street Address**: 330 Tuanton Place, **City, State and ZIP Code**: Buffalo, NY 14216

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: SUNY @ BUFFALO UNIVERSITY COUSELING SVCS
**No. Employees, Members**: 500 or More
**Phone No.**: (716) 645-2720
**Street Address**: 120 Richmond Quad, **City, State and ZIP Code**: Amherst, NY 14621

RECEIVED MAY 23 2013 E.E.O.C. BULO

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04-04-2013    Latest: 04-04-2013
300 DAYS PRIOR & BEYOND
☑ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am a qualified individual with a disability. I have worked for the Respondent since 2008. My current position is KBS1.

On or about April 10, *4TH* 2013, I was disciplined for giving too much detail in an email as to my reason for using FMLA. Additionally, I have been counseled and put on a Notice of Discipline when I have had to take time off related to my disability without 2 weeks notice. Respondent has not recognized my leave as a reasonable accommodation under the Americans with Disabilities which is separate coverage under the law than the FMLA. There are times that I need to see my doctor regarding medication issues related to my disability. At these times, it is not always feasible to give 2 weeks notice. I believe I have been singled out and harassed because of my disability.

*THE NOTICE OF DISCIPLINE OCCURRED WITHIN THE ABOVE PERIOD AND WAS NOT GRANTED TO COUNSELING SERVICES AT A LEVEL 2 HEARING WITH THE GOVENOR'S REPRESENTATIVE. IT DID NOT INVOLVE THE "2 WEEK NOTICE" BUT BASICALLY WORK-RELATED CHARGES FOR WHICH I DID NOT RECEIVE THE REQUESTED PUNISHMENT. THE 2 WEEK NOTICE HAS BEEN BROUGHT UP REPEATEDLY VERBALLY; AND IN 1 SHOCKING MEMO WORDED TO SINGLE ME OUT. HOWEVER, THE ENTIRE ENVIRONMENT CAUSING ME MEDICAL ISSUES WAS BROUGHT UP, AND THE GOVENOR'S REPRESENTATIVE HIMSELF SUGGESTED ADA.*

I declare under penalty of perjury that the above is true and correct.

5/16/2013   X *Susan Kondek*
Date         Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
X

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) MAY 22nd 2013

ROBERT I. SUSKA
Notary Public, State of New York
Qualified in Erie County
Commission Expires April 14, 20 15

EEOC Form 161 (11/09)       **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Susan Kondek<br>330 Taunton Place<br>Buffalo, NY 14216 | From: | Buffalo Local Office<br>6 Fountain Plaza<br>Suite 350<br>Buffalo, NY 14202 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2013-18684 | Maureen Kielt,<br>Investigator | (716) 551-3089 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

John E. Thompson,
Local Office Director

JUL 30 2013

*(Date Mailed)*

Enclosures(s)

cc:   SUNY @ BUFFALO UNIVERSITY COUSELING SVCS

James L. Jarvis, Associate Counsel
SUNY Office of General Counsel
State University Plaza
Albany, NY 12246